J. A. WORTHY v. JAMES BRADY et al.

*Petition to Rehear.*

*Mr. J. W. Hinsdale,* for plaintiff.
No counsel for defendants.

MERRIMON, C. J.: This is an application to rehear the case of *Worthy* v. *Brady,* 91 N. C., 265.  We have re-examined the grounds of the decision in that case, particularly in the respect complained of, with care and scrutiny, and are satisfied that the instructions in question given to the jury were substantially correct, and for the reasons clearly stated by the late Chief Justice SMITH.  The petition must, therefore, be dismissed.

Dismissed.